FRANCES KUNAJUKR *v.* SUTIP KUNAJUKR

The defendant's petition for certification for appeal from the Appellate Court, 83 Conn. App. 478 (AC 23190), is denied.

*Richard Hustad Miller*, in support of the petition.

Decided September 8, 2004

CHRISTOPHER NEUHAUS ET AL. *v.* CORINNE DECHOLNOKY ET AL.

The petition by the defendant Stamford Hospital for certification for appeal from the Appellate Court, 83 Conn. App. 576 (AC 23317), is granted, limited to the following issue:

"Did the Appellate Court properly conclude that, as to the defendant Stamford Hospital, there were sufficient facts in dispute to warrant invocation of the continuing course of conduct doctrine?"

The Supreme Court docket number is SC 17249.

*Charles D. Ray, David A. Reif* and *Salvatore N. Fornaciari*, in support of the petition.

Decided September 8, 2004